# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEITH RUSSELL JUDD,

    Plaintiff,

v.

SECRETARY OF STATE OF NEVADA, et al.,

    Defendants.

2:11-CV-853 JCM (PAL)

## ORDER

Presently before the court is the report and recommendation of Magistrate Judge Peggy A. Leen (doc. #8) regarding plaintiff's application for waiver of filing fees and costs (doc. #1), motion to waive fees under the Twenty-Fourth Amendment to the United States Constitution (doc. #4), and complaint (doc. #1-1). Plaintiff filed an objection to the report and recommendation. (Doc. 10).

Upon review of the magistrate judge's report and recommendation, and consideration of Mr. Judd's objection thereto, this court agrees with the magistrate judge's conclusion that the "case is frivolous because it lacks an arguable basis in law and fact." Mr. Judd's complaint does not state a claim "that is plausible on its face," and thus dismissal is appropriate. *See Bell Atlantic Comm. v. Twombly*, 550 U.S. 544, 570 (2007). Mr. Judd's motions for waiver of fees are similarly without merit.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Peggy A. Leen's report and recommendation (doc. #8) be, and the same hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that plaintiff's complaint (doc. #1-1) be, and the same hereby is, DISMISSED with prejudice and without leave to amend.

IT IS FURTHER ORDERED that plaintiff's motions for waiver of filing fees (docs. #1 and #4) be, and the same hereby are, DENIED with prejudice.

DATED December 20, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -