UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH RUSSELL JUDD,<br><br>        Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE OF NEVADA, et al.,<br><br>        Defendants. | 2:11-CV-853 JCM (PAL) |

**ORDER**

Presently before the court is pro se plaintiff Keith Judd's motion entitled First Amendment petition for redress. (Doc. # 27). No response or reply has been filed.

As an initial matter, this court already dismissed plaintiff's complaint with prejudice. (Doc. # 12). The Ninth Circuit then dismissed the appeal as so insubstantial as to not warrant further review. (Doc. # 15).

In this motion, plaintiff states that President Barack Obama was born in and a citizen of Kenya. Plaintiff argues that President Obama was not qualified to be on the state ballot for president. Plaintiff argues that President Obama should have been removed from the 2012 state election ballot and that plaintiff's name should have been on the ballot instead.

The court finds the motion frivolous.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's petition (doc. # 27) be, and the same hereby, is DENIED.

DATED March 26, 2013.

_____
UNITED STATES DISTRICT JUDGE